UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN AMOS LANE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 2:15-cv-036-NT |
| ) | |
| SCOTT LANDRY, Superintendent ) | |
| of the Maine Correctional Center, ) | |
| ) | |
| Respondent. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 28, 2015 his Recommended Decision (ECF No. 8). The Respondent filed his Objection to the Recommended Decision (ECF No. 9) on June 5, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

The Respondent's Motion to Dismiss is **DENIED** to the extent it seeks dismissal based on equitable tolling. The Respondent shall inform the Court

by July 31, 2015 whether it will seek summary dismissal on the merits. The Petitioner's Motion for an evidentiary hearing is **DENIED** without prejudice.

      **SO ORDERED**.

                                  /s/ Nancy Torresen
                                  United States Chief District Judge

Dated this 13th day of July, 2015.