UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN AMOS LANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 2:15-cv-036-NT |
| | ) |
| SCOTT LANDRY, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on 28 U.S.C. § 2254 his Recommended Decision (ECF No. 36). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is **DISMISSED** with prejudice.

3. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right

within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated: May 9, 2017